87 A.3d 805

COMMONWEALTH of Pennsylvania, Respondent

v.

Alexander ARTIST, Petitioner.

No. 5 EM 2014.

Supreme Court of Pennsylvania.

March 19, 2014.

## ORDER

PER CURIAM.

AND NOW, this 19th day of March, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.